**Order entered September 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00834-CV

**JOHN BRIGGS, Appellant**

**V.**

**WASHINGTON FEDERAL F/K/A WASHINGTON FEDERAL SAVINGS, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08367**

## ORDER

The clerk's record filed with this Court on September 9, 2015 is incomplete. The record we have reflects that, in an order dated April 17, 2015, the trial court consolidated trial court cause numbers DC-15-00147 and DC-15-00607 into DC-15-08367. Documents related to the previous cases are not included in the clerk's record.

Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **SEPTEMBER 25, 2015**, a supplemental clerk's record containing the following five documents filed in trial court cause number DC-15-00147:

1.  Petition filed on January 6, 2015;

2.  Notice of Nonsuit filed on February 17, 2015;

3.  Order of Nonsuit signed on February 19, 2015;

4.     Motion to Consolidate filed on March 10, 2015; and

5.     Motion for Summary Judgment filed on March 24, 2015;

and the following document filed in trial court cause number DC-15-00607:

1.     Petition filed on January 20, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Pitre, appellant, and counsel for appellee.


/s/     ELIZABETH LANG-MIERS
        JUSTICE